1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Gustavo Lopez
6

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  GUBSTAVO LOPEZ,                 ) Case No.: CV 06-8165 PJW
                                    )
13         Plaintiff,               ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
14     vs.                          ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
15  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
16                                  )
           Defendant.               )
17  _____)

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21  amount of three thousand five hundred dollars ($3,500.00), as authorized by 28

22  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23  DATE:    6/18/08        *Patrick J. Walsh*

24                          _____
                            THE HONORABLE PATRICK J. WALSH
25                          UNITED STATES MAGISTRATE JUDGE

26